CLARENCE R. CONGER, as Trustee under the Will of CATHARINE A. HEDGES, Deceased, Respondent, *v.* THEODORE H. CONGER et al., Appellants, Impleaded with Others.

*Conger* v. *Conger*, 105 App. Div. 589, affirmed.
(Argued April 25, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1905, which modified and affirmed as modified a judgment settling the accounts of the plaintiff as trustee under the will of Catharine A. Hedges, deceased, entered upon the report of a referee.

*Charles W. Dayton, Joseph E. Bullen* and *Walter S. Newhouse* for appellants.

*Albert F. Hagar* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ,